# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT LEVINS AND : 
MARLA SHERRI ETTER-LEVINS, : 
                 : 
            Plaintiffs, :   Civil Action
                 : 
         v. :   No. 04 CV 02426 HB
                 : 
LONG BEACH MORTGAGE COMPANY, : 
STATEWIDE LENDING, INC., : 
CAPITOL SETTLEMENT SOLUTIONS, : 
THOMAS EDWARDS AND : 
JEFFREY EDWARDS, : 
                 : 
           Defendants. : 

## STIPULATION

The undersigned hereby stipulate and agree on behalf of their respective clients that the time within which Defendant Long Beach Mortgage Company may answer, plead, or otherwise move in response to the Complaint is extended to and including June 28, 2004.

Pursuant to Local Rule of Civil Procedure 7.4(b)(2), no such prior extension has been granted in this action.

_____
Brad Cooper
COOPER, LEONARD & SCHAFFER, LLC
1525 Locust Street
13th Floor
Philadelphia, PA 19102
(215) 545-7777


Dated: June 8, 2004

_____
Stephen G. Harvey
Elizabeth S. Campbell
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000


Dated: June 8, 2004


           By: _____

                                                     J.